Ex parte CLIFFORD GRIGSBY.

No. A-4021.   Opinion Filed Aug. 11, 1921.
(200 Pac. 267.)

Petition of Clifford Grigsby for writ of habeas corpus. Cause dismissed.

C. F. Gowdy, for petitioner.

The Attorney General and James Nairn, Co. Atty., for respondent.

PER CURIAM. The petition filed on behalf of Clifford Grigsby, July 11, 1921, alleges that he is unlawfully imprisoned in the county jail of Nowata county by the sheriff of said county, and the facts constituting the same. A rule to show cause why the writ should not be allowed was entered and issued. It having been made to appear that petitioner escaped, the writ is denied and the rule to show cause discharged.

---

Ex parte PERLE S. HOERN.

No. A-4020.   Opinion Filed Aug. 11, 1921.
(200 Pac. 267.)

Petition by Perle S. Hoern for writ of habeas corpus. Cause dismissed.

C. F. Gowdy, for petitioner.

The Attorney General, and James Nairn, Co. Atty., for respondent.

PER CURIAM. The petition filed on behalf of Perle S. Hoern, July 11, 1921, alleges that he is unlawfully imprisoned in the county jail of Nowata county by the sheriff of said county, and the facts constituting the same. A rule to show cause why the writ should not be allowed was entered and issued. It having been made to appear that petitioner has escaped, the writ is denied; the rule to show cause discharged, and cause dismissed.